JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SOFIA BERAUD, | Case № 2:22-cv-06048-ODW (JEMx) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| WEST HILLS HOSPITAL et al., | |
| Defendants. | |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 22, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**